O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PENNING PILTZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M.E. SPEARMAN,<br><br>　　　　　Respondent. | Case No. CV 13-477-SVW (OP)<br><br>MEMORANDUM AND ORDER RE: SUMMARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2254) |

　　　　On July 30, 2012, Leslie Penning Piltz ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") in the United States District Court for the Northern District of California. (ECF No. 1.) On January 18, 2013, an order was entered transferring the Petition to this District. (ECF No. 15.) On January 30, 2013, the Court issued an Order Requiring a Response the Petition. (ECF No. 18.)

　　　　On April 9, 2013, Respondent file a Notice of Status, informing the Court that on March 21, 2013, Petitioner had died of natural causes and requesting the Court dismiss the Petition as moot. (ECF No. 27.) In support, Respondent lodged an uncertified exhibit entitled "Piltz, Leslie Penning[,] External Movements."

1

(ECF No. 28.) In response, on April 17, 2013, the Court issued a minute order requesting certified documentation of Petitioner's death. (ECF No. 30.) On April 30, 2013, Respondent filed a Supplemental Notice of Status, and lodged with the Court a certified copy of Petitioner's Death Certificate. (ECF Nos. 31-32.)

A petition for writ of habeas corpus is moot when the petitioner has died. See Dove v. United States, 423 U.S. 325, 96 S. Ct. 579, 46 L. Ed. 2d 531 (1976) (dismissing certiorari petition because petitioner had died); see also Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005) ("Because petitioner's death renders this case moot, the petition for writ of habeas corpus should be dismissed as moot."); Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot because petitioner had died). Accordingly, dismissal of the current Petition is warranted.

## IV.

## **ORDER**

IT IS THEREFORE ORDERED that the Petition is dismissed as moot, and Judgment shall be entered accordingly.

DATED: June 4, 2013

HONORABLE STEPHEN V. WILSON
United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2