JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LESLIE PENNING PILTZ, | ) | Case No. CV 13-477-SVW (OP) |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. E. SPEARMAN, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: 6/4/13

HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge